**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

FILED
U.S. BANKRUPTCY COURT
2021 DEC 15 P 1:14
S.D.N.Y.

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Juanito's Grocery Corp.

2. **All other names debtor used in the last 8 years**  NONE

   Include any assumed names, trade names, and *doing business as* names  NONE

3. **Debtor's federal Employer Identification Number (EIN)**  46 - 4 0 8 8 9 5 7

4. **Debtor's address**

   **Principal place of business**

   144 Sherman Avenue
   Number   Street

   Ground Floor

   New York         NY    10034
   City             State ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   NONE
   Number   Street

   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**  NONE

Debtor _____    Case number (if known)_____
       Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet,

Debtor _____   Case number (if known) _____
           Name

13. **Debtor's estimation of available funds**

    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ■ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ■ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  12 / 14 / 2021
                 MM / DD / YYYY

    X _Themistocles B Vamp_____   Printed name _Themistocles Vamp_

    Signature of authorized representative of debtor

    Title _Owner_

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# SHAREHOLDER'S OWNERSHIP STATEMENT

**I, TEMISTOCLES B. VARGAS,** do hereby certify that I am, in fact,

the Sole Director, Officer and Shareholder of Juanito's Grocery Corp.

with an address at 144 Sherman Avenue, Ground Floor, County of

Bronx, City and State of New York 10034.

**TEMISTOCLES B. VARGAS**

Sworn to before me on this 14th day

of December 2021

Manuel B. Vidal, Jr.
NOTARY



## CORPORATE RESOLUTION

I, Temistocles B.* Vargas, sole directors, officers, and shareholders of Juanito's Grocery Corp., a grocery store enterprise operating at 144 Sherman Avenue, County, City and State of New York 10034, (hereinafter the "Corporation"), a domestic corporation duly organized under the Laws of the State of New York

**BENJAMIN VARGAS (HEREINAFTER "VARGAS") DOES HEREBY CERTIFY THAT:**

At a meeting held on the 14th day of December 2021, in which the sole director of the Corporation, was duly present and executed on said day the herein Resolution and whereby a quorum was present and acted throughout, Benjamin Vargas, as the sole director, adopted the following resolution, which has not been modified or rescinded:

**Benjamin Vargas. To wit:**

**RESOLVED**, that as the **DIRECTOR** is hereby authorized to submit to the US Bankruptcy Court of the Southern District of New York a Petition for protection under Chapter 11 of the US Bankruptcy Code of the United State of America. Neither the Certificate of Incorporation nor the by-laws of the Corporation contains any special requirement, as to the number of directors required to pass such resolution. The Certificate of Incorporation of the corporation does not require any vote or consent of Shareholders to authorize the execution of documents of the Corporation.

That the address set forth above is the only place of business of the Corporation.

In witness whereof Benjamin Vargas, sole principal of the Corporation, has hereto affixed his hand,

_[signature]_
TEMISTOCLES B. VARGAS

Debtor **Juanito's Grocery Corp.**    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
   If more than 2 cases, attach a separate list.
   District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When __/__/____
    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. **Why is the case filed in this district?**
    Check all that apply:
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **Why does the property need immediate attention?** (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    Where is the property? **144 Sherman Ave NY NY 10034**
    Number  Street
    _____
    City                    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☒ Yes. Insurance agency **Pending**
    Contact name _____
    Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

# LIST OF CREDITORS

Constellation New Energy Inc.
1221 Lamar St. Suite 750
Houston, TX 77010